# LaRusso & Conway, LLP

300 Old Country Road
Suite 341
Mineola, NY 11501
Tel: (516) 248-3520 • Fax: (516) 248-3522

July 14, 2011

Honorable Judge Joanna Seybert
Senior United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip NY 11722

  Re: United States v. Carmine DeRoss
    Criminal Docket No.04-CR-00911(JS)

Dear Judge Seybert:

  The undersigned, as attorney for Mr. DeRoss respectfully submits this letter seeking and early termination of the supervised release term this Court imposed almost three years ago.

  Mr. DeRoss pled guilty to a One Court Information charging him with extensions of Credit by extortion in violation of 18 USC 892(a) and 3551 et seq. On October 31, 2008, this Court sentenced Mr. DeRoss to time served and supervised release for a term of 3 years. Additionally, the Court imposed fines in the amount of $2,100.00 and 450 hours of community service. Mr. DeRoss' supervision commenced immediately.

  Mr. DeRoss has been under supervision for nearly 2 years and 9 months without a single problem. He has fully complied in all respects with his supervised release during this time, has paid all fines due and owing and has not only completed his community service but continued to provide those services well in excess of the 450 hours the

Court ordered. The United States Probation Department has confirmed that Mr. DeRoss provided community service well in excess of that ordered. Based upon his actions while on release, his demanding job and family life centering on the medical needs of his autistic son, we respectfully request early termination (we believe his termination date is November 1, 2011) from his supervised release term.

Pursuant to 18 USC 3564(c), "The Court, after considering the factors set forth in section 3553(a) to the extent that they are applicable, may….terminate a term of probation previously ordered and discharge a defendant … at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice."

One such factor set forth in 3553(a)(2)(D) is the need for the sentence imposed "to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner." Mr. DeRoss has successfully completed his terms of supervised release. He has maintained employment and has been completely compliant with probation. In addition to the three year term of supervised release, Mr. DeRoss was sentenced to perform 450 hours of community service. He has gone above and beyond that requirement and has completed 500 hours of community service. (See Exhibit A). Terminating Mr. DeRoss from probation a few months early will allow him to fulfill more hours at work supporting his family and also take care of his autistic son who requires many medical appointments and special treatments on a weekly basis.

Other relevant factors set forth in sections 3553(a)(2)(C) and (D) are the need for the sentence imposed "to afford adequate deterrence to criminal conduct [and] to protect the public from further crimes of the defendant." During his supervised release, as mentioned above, Mr. DeRoss has completed an extra 50 hours of community service, always been in compliance with probation and also managed to support his family and care for his special needs son. Additionally, since his sentence, he has had no additional contacts with the criminal justice system. There are no factors indicating any inclination that Mr. DeRoss will commit future crimes or any need to protect the public from him.

For the foregoing reasons, specifically in light of the conduct of Mr. DeRoss and in the interest of justice, it is respectfully requested that the Court terminate Mr. DeRoss' supervised release term and discharge him from supervision.

Respectfully submitted,

_____
Joseph R. Conway, Esq.
Atty. for Carmine DeRoss

CC: U.S. Attorney's Office
    United States Probation



**New York City Department of Environmental Protection**
www.nyc.gov/dep

59-17 Junction Boulevard
Flushing, NY 11373

January 15, 2010

Ms. Adriana Korb
Sr. U.S. Probation Officer
147 Pierrepont Street
Brooklyn, NY 11201

Re:   Carmine DeRoss  (PACTS #43033)

Dear: Ms. Korb:

Please be advised that the above named client has satisfactorily completed his 500 hours of community service at the NYC DEP Bluebelt Field Office, located at 182 Joline Avenue in Staten Island.

Mr. DeRoss began his community service in December 2008. He completed his required community service on November 16, 2009. During his time with us Mr. DeRoss proved to be an asset to this office. He was always prompt, cooperative and courteous. He took pride in his work and has been a pleasure to know.

Should you have any questions regarding this matter, please feel free to contact me at the DEP Bluebelt Field Office, my phone number is (718) 984-0489.

Sincerely,

Jack Crawford
Deputy Field Manager
Staten Island Bluebelt